UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PERRY BRIAN OSHIRO,<br><br>    Plaintiff<br><br>v.<br><br>M. BACHMAN,<br><br>    Defendant | Case No.: 2:22-cv-02100-APG-BNW<br><br>**Order Denying Motion for Appeal Transcripts**<br><br>[ECF No. 71] |

Plaintiff Perry Oshiro moves for the government to pay for transcripts he wants to use on his appeal. ECF No. 71. "[T]he court may grant a motion for transcripts at government expense only if 'the trial judge or circuit judge certifies that the appeal is not frivolous' and the appeal presents a 'substantial question.'" *Dela Cruz v. Brennan*, No. 19-cv-01140-DMR, 2023 WL 4550942, at *1 (N.D. Cal. June 20, 2023) (quoting 28 U.S.C. § 735(f) and citing to *Henderson v. United States*, 734 F.2d 483, 484 (9th Cir. 1984)). I have not and will not certify that Oshiro's appeal is not frivolous. I therefore deny the motion for appeal transcripts. However, Oshiro is free to seek that relief from the court of appeals.

I THEREFORE ORDER that Perry Oshiro's motion **(ECF No. 71) is denied**.

DATED this 21st day of November, 2024.

_____
Andrew P. Gordon
Chief United States District Judge